# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **GARRISON SOUTHFIELD PARK LLC,** <br><br>                       **Plaintiff,** <br><br>     v. <br><br> **CLOSED LOOP REFINING AND RECOVERY, INC.,** *et al.***,** <br><br>                       **Defendants.** | **Case No. 2:17-cv-783** <br><br> **Judge George C. Smith** <br><br> **Magistrate Judge Vascura** |

## DEFAULT JUDGMENT AGAINST DEFENDANT
## CLOSED LOOP REFINING AND RECOVERY, INC.

WHEREAS Defendant Closed Loop Refining and Recovery, Inc. is in default, having failed to plead or otherwise defend in this case as required by law;

NOW, THEREFORE, upon Plaintiff Garrison Southfield Park LLC's Motion for Default Judgment (Doc. No. 59), judgment as to all counts in the Complaint is hereby entered against Defendant Closed Loop Refining and Recovery, Inc. in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure;

WHEREFORE, it is ORDERED, ADJUDGED, and DECREED as follows:

1. Pursuant to Section 113(g)(2) of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9613(g)(2), Defendant Closed Loop Refining and Recovery, Inc. is liable to Plaintiff for all of Plaintiff's necessary past and future costs of response that are consistent with the National Contingency Plan;

2. Defendant Closed Loop Refining and Recovery, Inc. is liable to Plaintiff for all damages proximately caused by that Defendant's negligence; and

3. This default judgment and the statements made herein are not binding on any other Defendants to this action, nor is this default judgment or its statements admissible into evidence against any other Defendants.

**IT IS SO ORDERED.**

   *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**