IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERHN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GARRISON SOUTHFIELD PARK LLC, | Case No. 2:17-CV-783-EAS-EPD |
| Plaintiff, | CHIEF JUDGE EDMUND A. SARGUSM JR. |
| v. | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| CLOSED LOOP REFINING AND RECOVERY, INC., et al., | |
| Defendants. | Case No. 2:19-CV-1041-EAS-EPD |
| OLYMBEC USA LLC, | CHIEF JUDGE EDMUND A. SARGUS, JR. |
| Plaintiff, | |
| CLOSED LOOP REFINING AND | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| v. | |
| CLOSED LOOP REFINING AND RECOVERY, INC., et al., | |
| Defendants. | |

## **NOTICE OF WITHDRAWAL OF CLINT J. MANN AS CO-COUNSEL OF RECORD**

Co-Counsel Clint J. Mann and Trial Counsel Gregory J. DeGulis submit this Notice of Withdrawal as Co-Counsel of Record pursuant to Local Rule 83.4(d).

1. Clinton James Mann has elected to move firms and will no longer be with Lathrop GPM, LLP.

2. Lathrop GPM, LLP remains as Co-Counsel of record for Defendants Kuusakoski Inc., Kuusakoski Glass Recycling LLC, Kuusakoski US LLC and Vintage Tech, LLC (hereinafter

1

jointly referred to as the "Kuusakoski Defendants") and Gregory J. DeGulis of McMahon DeGulis LLP will remain as Trial Counsel.

Dated: October 2, 2020

Respectfully submitted,

| | |
|---|---|
| _/s/ Clint Mann_ | _/s/ Gregory J. DeGulis_ |
| Clint Mann *(pro hac vice)* | Gregory J. DeGulis (0045705) |
| LATHROP GPM LLP | MCMAHON DEGULIS LLP |
| 2345 Grand Blvd., Suite 2200 | 812 Huron Road, Suite 650 |
| Kansas City, MO 64108 | Cleveland, OH 44115 |
| Tel: (816) 292-2000 | Tel: (216) 367-1403 |
| Fax: (816) 292-2001 | Fax: (216) 621-0577 |
| Email: clmann@lathropgpm.com | Email: gdegulis@mdllp.net |

*Trial Counsel for Kuusakoski Inc., Kuusakoski Glass Recycling LLC, Kuusakoski US LLC, and Vintage Tech, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of October, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

_/s/ Gregory J. DeGulis_
Gregory J. DeGulis (0045705)