IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GARRISON SOUTHFIELD PARK LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CLOSED LOOP REFINING AND<br>RECOVERY, INC., et al.,<br><br>    Defendants. | Case No. 2:17-cv-783-EAS-EPD<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE<br>ELIZABETH PRESTON DEAVERS |
| OLYMBEC USA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CLOSED LOOP REFINING AND<br>RECOVERY, INC., et al.,<br><br>    Defendants. | Case No. 2:19-cv-01041-EAS-EPD<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE<br>ELIZABETH PRESTON DEAVERS |

## ENTRY

For good cause shown, the Court grants the motion filed by Plaintiff Garrison Southfield Park LLC, Plaintiff Olymbec USA LLC, and Defendant ASUS Computer International ("Defendant") requesting an extension of time for Defendant to make initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Defendant is granted an extension of time to move or plead until the Court rules on the motion to approve its settlement agreement.

SO ORDERED.

_____
MAGISTRATE JUDGE DEAVERS