UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GARRISON SOUTHFIELD
PARK LLC,

      Plaintiff,

  v.

CLOSED LOOP REFINING
AND RECOVERY, INC., *et al.*,

      Defendants.

Case No. 2:17-cv-783
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

OLYMBEC USA LLC,

      Plaintiff,

  v.

CLOSED LOOP REFINING
AND RECOVERY, INC., *et al.*,

      Defendants.

Case No. 2:19-cv-1041
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

Before this Court is Plaintiff Garrison Southfield Park LLC, Plaintiff Olymbec USA LLC, and Defendants Kuusakoski, Inc., Kuusakoski US LLC, Kuusakoski Glass Recycling LLC, and Vintage Tech's motion (Garrison ECF No. 788, Olymbec ECF No. 647) requesting this Court to hold in abeyance for a period of sixty days the ten-day deadline contained in the Court's September 27, 2021 Order to inform the Court of whether Plaintiffs and the Kuusakoski Defendants intend either (1) to accept the Court's approval of the Motion for Approval of Settlement Agreement (Garrison ECF No. 669) on the understanding that the contribution bar

does not extend to claims for express breach of contract and contractual indemnification, or (2) to withdraw from the settlement agreement altogether.

For good cause shown, the Court **GRANTS** to the extent the parties ask the Court to hold in abeyance the ten-day deadline contained in the September 27, 2021 Order. (Garrison ECF No. 788, Olymbec ECF No. 647.) The Court, however, shall hold the deadline in abeyance for **TWENTY-FIVE DAYS**. Thus, the Court **GRANTS** the motion within the parameters set forth in this order. Plaintiffs are **DIRECTED** to file a notice informing the Court whether or not they accept the Court's approval on or before October 22, 2021. This case is to remain open.

**IT IS SO ORDERED.**

**10/4/2021**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                       **EDMUND A. SARGUS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**