UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GARRISON SOUTHFIELD**
**PARK LLC,**

      **Plaintiff,**                                  Case No. 2:17-cv-783
                                                                         JUDGE EDMUND A. SARGUS, JR.
      v.                                                         Magistrate Judge Elizabeth P. Deavers

**CLOSED LOOP REFINING**
**AND RECOVERY, INC.,** *et al.***,**

      **Defendants.**

<u>**OPINION AND ORDER**</u>

This matter is before the Court on the following:

1.       Plaintiff's unopposed Motion to Dismiss Defendants Robert Erie and E-World Online (ECF No. 866), who have not appeared before this Court.  Rule 21 of the Federal Rules of Civil Procedure provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."  The Court finds that it is on just terms to **GRANT** Plaintiff's Motion to Dismiss.  (ECF No. 866.)

2.       The unopposed request for dismissal of Defendants E-Waste Recycling Solutions, LLC, Siam Reclaim Technologies, Inc., Formally Bardwills, LLC, and Golden Star Electronics, LLC a.k.a. Westinghouse Digital, LLC, for failure to timely effect service of process.  That is, service of the summons and complaint was not made upon any of these Defendants within 90 days after the filing of the Complaint or the First Amended Complaint.  Plaintiff has indicated to the Court that it has "no objection to this Court's dismissal, without prejudice, of these four (4) Defendants from this action[.]"  (Status Rep. at 2, ECF No. 862.)  Accordingly, the Court hereby

**DISMISSES** these four defendants pursuant to Federal Rule of Civil Procedure 4(m) for failure to effectuate service.

   3. Plaintiff's Motion to Enforce (ECF No. 853), which was requested to be withdrawn by Plaintiff (ECF No. 867).  Thus, the Court **DENIES AS MOOT** Plaintiff's Motion to Enforce.  (ECF No. 853.)

With these issues now addressed, there are no remaining matters in this case to be resolved.  Therefore, the Clerk is **DIRECTED** to **CLOSE** this case and **REMOVE** it from this Court's active docket.

   **IT IS SO ORDERED.**

**3/16/2023**                   **s/Edmund A. Sargus, Jr.**
**DATE**                     **EDMUND A. SARGUS, JR.**
                       **UNITED STATES DISTRICT JUDGE**